In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00144-CR

                                                ______________________________

 

 

                                      ELIJAH WATSON,
JR., Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 427th
Judicial District Court

                                                             Travis County, Texas

                                                  Trial Court No. D-1-DC-10-200398

 

                                                                                                   

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

            Elijah
Watson, Jr.,[1]
appellant, has filed with this Court a motion to dismiss his appeal.[2]  The motion is signed by Watson and by his
counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate
Procedure.  See Tex. R. App. P.
42.2(a).  As authorized by Rule 42.2, we
grant the motion.  See Tex. R. App. P.
42.2.

            Accordingly,
we dismiss the appeal.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          December 6, 2011

Date
Decided:             December 7, 2011

 

Do
Not Publish           

 

            

 

 











[1]The
trial court’s judgment lists the appellant’s name as “Elijah Watson”; however,
the appellant signs his name “Elijah Watson, Jr.” 

 





[2]Originally
appealed to the Fifth Court of Appeals, this case was transferred to this Court
by the Texas Supreme Court pursuant to its docket equalization efforts.  See
Tex. Gov’t
Code Ann. § 73.001 (West 2005).